### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JASON B. BASS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-12-168-R |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on January 17, 2013. Doc. No. 21. No objection thereto has been filed nor has an extension of time in which to object been sought or granted. Therefore the Report and Recommendation is ADOPTED, the decision of the Commissioner of the Social Security Administration is REVERSED and this case is REMANDED for further administrative proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED this 5th day of February, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE